UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIS JOHN FAIRBANKS,

               Plaintiff,

        -against-

UNITED STATES OF AMERICA,

               Defendant.

26-CV-0231 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but his responses do not establish that he is unable to pay the filing fees. Plaintiff states that he is unemployed, but he does not answer the questions on the IFP application asking for his last date of employment and gross monthly wages at the time. Plaintiff indicates that he has no source of income, but he does not answer the follow-up question asking how he pays his living expenses. Nor does Plaintiff provide answers to the remaining questions on the application, which ask him to describe any money he has in cash or in a bank account, any property he owns, his monthly living expenses, any dependents who rely on him, and any debts or financial obligations he has. Because Plaintiff does not provide answers to most of the questions on the IFP application, the Court is unable to conclude that he is unable to pay the filing fees.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP

application, it should be labeled with docket number 26-CV-0231 (LTS), and address the deficiencies described above by answering all applicable questions and providing facts to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 16, 2026
          New York, New York

                                   /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                 Chief United States District Judge

2